UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankr. No.09-50317 |
| | ) | Chapter 7 |
| JASON STEPHEN CARSON RHOADS | ) | |
| SSN/ITIN xxx-xx-2280 | ) | |
| and | ) | |
| KATIE MARIE RHOADS | ) | AMENDMENT TO SCHEDULE B |
| fka Katie Marie Fisher, | ) | AND NOTICE OF AMENDMENT |
| SSN/ITIN xxx-xx-2203 | ) | |
| Debtors | ) | |

Debtors hereby amend their Schedule B to provide or change the following information:

<u>ADD</u>:                                                                                              <u>VALUE</u>:

#35   Golf Clubs                                                                                  150.00
         Softball Bat                                                                                   80.00

                                     Previous Schedule B total:        $47,246.50
                                     Amended Schedule B total:        $47,476.50

*We declare under penalty of perjury that the information contained in this amendment is true and correct.*

Dated this 24th day of September, 2009.

*/s/ Jason Stephen Carson Rhoads*                    */s/ Katie Marie Rhoads*
Jason Stephen Carson Rhoads                             Katie Marie Rhoads

**Your rights may be affected by this amendment.**  You should discuss this with your attorney.  If you do not have an attorney, you may wish to consult one.

Dated this 24th day of September, 2009.

                                                                   */s/ John H. Mairose*
                                                                   John H. Mairose
                                                                   Attorney for Debtors
                                                                   2640 Jackson Blvd., Ste. 3
                                                                   Rapid City SD 57702
                                                                   605/348-7836
                                                                   605/348-9802 - Fax