UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In Re: ) | Bankr. No.09-50317 | |
| ) | Chapter 7 | |
| JASON STEPHEN CARSON RHOADS ) | | |
| SSN/ITIN xxx-xx-2280 ) | | |
| and ) | AMENDMENT TO SCHEDULE C | |
| KATIE MARIE RHOADS ) | AND NOTICE OF AMENDMENT | |
| fka Katie Marie Fisher, ) | | |
| SSN/ITIN xxx-xx-2203 ) | | |
| Debtors ) | | |

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST

Debtors hereby amend their Schedule C to add the following information:

**ADD:**

| Description of Property | Law Providing Exemption | Value of Claimed Exemption |
|---|---|---|
| Golf Clubs | SDCL §43-45-4 | $ 150.00 |
| Softball Bat | SDCL §43-45-4 | $ 80.00 |
| Coleman Pop-up Camper | SDCL §43-34-3 | $ 1,410.00 |

Previous Schedule C value of claimed exemption total:     $24,025.50
Amended Schedule C value of claimed exemption total:     $25,665.50

*We declare under penalty of perjury that the information contained in this amendment is true and correct.*

/s/ Jason Stephen Carson Rhoads     /s/ Katie Marie Rhoads
Jason Stephen Carson Rhoads          Katie Marie Rhoads

**Your rights may be affected by this amendment.** You should discuss this with your attorney. If you do not have an attorney, you may wish to consult one.

Dated this 24th day of September, 2009.

/s/ John H. Mairose
John H. Mairose
Attorney for Debtors
2640 Jackson Blvd., Ste. 3
Rapid City SD 57702
605/348-7836
605/348-9802 - Fax